In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00291-CV**
_____

**$12,537.00 U.S. CURRENCY (JOSEPH ALLAN EDWARDS), Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-02-02059-CV**

**MEMORANDUM OPINION**

The trial court signed a final judgment on June 26, 2018. Joseph Allan Edwards filed a notice of appeal but failed to file a brief. On November 8, 2018, we notified the parties that the brief had not been filed and that the appeal would be submitted without briefs unless we received the brief and motion for extension within ten days. Our notice warned Edwards that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On November 20, 2018, we

1

notified the parties that the appeal would be submitted to the Court on December 11, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 11, 2018
Opinion Delivered December 20, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.